UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BASEM ABDELRAHMAN ALSARAMA, | )<br>) |
| Plaintiff, | ) NO. CV-09-0263-LRS<br>) |
| -vs- | )<br>) |
| UNITED STATES OF AMERICA, et al, | ) ORDER OF DISMISSAL<br>) |
| Defendants. | )<br>) |

Plaintiff has failed to show cause in writing within the time frame (fifteen days from the date of the Order of June 15, 2010 (Ct. Rec. 3), as to why this case should not be dismissed pursuant to Federal Rules of Civil Procedure 41(b) for failure to prosecute. Accordingly,

**IT IS ORDERED** that the above-titled case be dismissed without prejudice and the file be **CLOSED** in this matter.

The District Court Executive is directed to file this Order and provide copies to counsel of record.

**DATED** this 28th day of February, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER